UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WADEMETO AMEDEGNATO,**

    **Plaintiff,**

**v.**                                                     **Case No.  8:08-cv-2475-T-30EAJ**

**G2 SECURE STAFF, LLC,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion to Stay Action Pending Arbitration (Dkt. #5). The Court, having considered the motion, and being otherwise advised in the premises, concludes that the joint motion should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. The Joint Motion to Stay Action Pending Arbitration (Dkt. #5) is **GRANTED**.
2. This case is referred to binding arbitration and is **STAYED** pending a final outcome in the arbitration proceedings.
3. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case and terminate any pending motions as moot.
4. Plaintiff shall file a status report with this Court every six months, beginning on July 1, 2009.

**DONE** and **ORDERED** in Tampa, Florida on December 30, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-2475.joint mt to stay pending arbitration 5.wpd